UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>BARRY STEVEN LAMBERT,<br><br>                              Defendant. | Case No.:  18cr02531 JAH<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY HIS SENTENCE [Doc. No. 23]** |

    Pending before the Court is the motion to modify terms of incarceration to allow house arrest filed by Defendant Barry Steven Lambert ("Defendant").  The United States has filed an opposition to Defendant's motion.  Having reviewed the pleadings, and the facts and records of this case, this Court DENIES Defendant's motion.

    The Court agrees with the United States that this Court is without jurisdiction to modify the sentence.  The Court finds that the modification Defendant seeks is a modification of the terms or conditions of confinement.  The post-sentencing statutory provisions of the Federal Rules of Criminal Procedure do not authorize the requested relief.

    Even if the Court had jurisdiction or statutory authority to act upon Defendant's request, the motion should be denied.  In considering an appropriate sentence during Defendant's sentencing hearing, the Court examined Defendant's family circumstances and exercised its discretion to postpone incarceration and permit self-surrender for an

1

extraordinarily extended period of time – initially for more than three months and thereafter, on motion, for another 50 days – for approximately 4 and 1/2 months. Additionally, the Court considered the underlying criminal conduct occurred 1) during Defendant's prosecution for the same or similar offenses in the Central District of California and 2) within the family home.  In light of these facts, including Defendant's overall criminal history, including wildlife protection-related misdemeanor convictions, and the lack of deterrence experienced in light of his prior criminal history, modifying Defendant's sentence to home confinement would not be a prudent exercise of discretion.

Accordingly, IT IS HEREBY ORDERED Defendant's motion to modify his sentence is DENIED.

DATED:    January 10, 2019

_____
JOHN A. HOUSTON
United States District Judge